**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT HEATH, ET AL., | Case No. 15-cv-01824-BLF |
| Plaintiffs, | **ORDER VACATING HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR CERTAIN OPT-IN PLAINTIFFS SCHEDULED FOR SEPTEMBER 20, 2018** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

Counsel for Fillekes and the Opt-In Plaintiffs have filed a motion to withdraw as counsel of record for certain Opt-In Plaintiffs, which currently is scheduled for a hearing on September 20, 2018 at 9:00 A.M. *See* ECF 328. The Court finds that the motion to withdraw is appropriate for submission without oral argument. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for September 20, 2018 is VACATED.

Counsel for the Opt-In Plaintiffs are responsible for serving this Order on the two individual Opt-In Plaintiffs named in the motion to withdraw, as well as notifying these Opt-Ins of their rights to make appearances and file oppositions within the allowable time.

**IT IS SO ORDERED.**

Dated: August 10, 2018

_____
BETH LABSON FREEMAN
United States District Judge